FILED
BILLINGS DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA   2007 AUG 8 PM 1 41

BILLINGS DIVISION

PATRICK E. DUFFY, CLERK

BY _____
    DEPUTY CLERK

| | | |
|---|---|---|
| LEWIS ELDON HUFFINE, | ) | CV-07-85-BLG-RFC |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| YELLOWSTONE COUNTY DETENTION | ) | AND RECOMMENDATION OF |
| FACILITY, SHERIFF, BILLINGS, | ) | U.S. MAGISTRATE JUDGE |
| MONTANA, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner Eldon Huffine, a federal prisoner proceeding pro se, has submitted a petition

for writ of habeas corpus. *Doc. 1.* On July 12, 2007 Magistrate Judge Carolyn Ostby entered her

Findings and Recommendation. *Doc. 6.* Magistrate Judge Ostby recommends this Court dismiss

the Petition for failure to pay a filing fee or move to proceed in forma pauperis.

Upon service of a magistrate judge's findings and recommendation, a prisoner has 20

days to file written objections.[1] In this matter, Petitioner filed his Reply to Findings of U.S.

Magistrate Judge on July 17, 2007. *Doc. 7.* These objections require this Court to conduct a *de*

*novo* review of those portions of the Findings and Recommendations to which objection is made.

28 U.S.C. § 635(b)(1).

---

[1]Although 28 U.S.C. § 636(b)(1) provides for 10 days for objections to the findings and recommendation of a U.S. Magistrate Judge, this Court extends that time for objection in prisoner cases to twenty days in order to take into account the Supreme Court's ruling in *Houston v. Lack,* 487 U.S. 266, 270-71 (1988), and the somewhat greater mailing time that is involved in sending documents into and out of a prison facility.

1

Petitioner claims that requiring a filing fee to a write of habeas corpus is an unconstitutional suspension of the privilege of the writ of habeas corpus in violation of Art. I § 9 of the U.S. Constitution and Art. II §§ 16 & 19 of the Montana Constitution.  However, Magistrate Judge Ostby specifically informed Petitioner that he could file a motion to proceed in forma pauperis in lieu of paying a filing fee.  The Court has yet to receive such a motion in this case.

After a de novo review, the Court determines the Findings and Recommendation of Magistrate Judge Ostby are well grounded in law and fact and **IT IS HEREBY ORDERED** they be adopted in their entirety: Mr. Huffine's Petitioner for Writ of Habeas Corpus (*Doc. 1*) is **DISMISSED WITH PREJUDICE.**

The Clerk of Court shall notify the parties of the entry of this Order and close this case accordingly.

DATED this ____ day of August, 2007.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE